UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Solomon Nkwocha | ) | Cr. No. 2:15-cv-4191-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | COMPLAINT FOR RETURN |
| | ) | OF SEIZED PROPERTY |
| Bureau of Alcohol, Tobacco, Firearms and | ) | |
| Explosives, An Agency of the | ) | |
| United States Department of Justice, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Plaintiff complaining of the Defendant above named would allege and show unto this Honorable Court as follows:

1. The Plaintiff is a citizen and resident of Charleston County, South Carolina;

2. On or about November 24, 2014, the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"), an agency of the United States Department of Justice, arrested the Plaintiff in Charleston, South Carolina;

3. On or about November 24, 2014, the attached list of items, Exhibit "A", was seized, and was later the subject of an indictment;

4. Thereafter, numerous items were subsequently seized, although Plaintiff does not know precisely when; these items included vests magnification devices, fastening devices, and ammunition that was back ordered, plus cash and electronic devices;

5. The items subsequently seized were not the subject of an indictment and were not included in the Notice of Seizure and Administrative Forfeiture Proceeding, dated December 18, 2014;

6. The Plaintiff is the lawful owner of the items herein concerned, which are lawful chattels, not contraband;

7. No civil forfeiture action has been filed in any Court;

8. As to the items not the subject of an indictment, Plaintiff prays that they be returned pursuant to 18 U.S.C. § 983(a)(3);

9. As to the items named in an indictment, Plaintiff prays that his interest be protected, and that this matter be heard at such time as may be appropriate;

WHEREFORE, Plaintiff prays that his chattels be returned, immediately as to some, and at such time as the Court deems appropriate, as to the balance.

                         LAW OFFICE OF
                         DARRELL THOMAS JOHNSON, JR., LLC

                         _s/Darrell Thomas Johnson, Jr. _____
                         Darrell Thomas Johnson, Jr.
                         Fed ID#: 2190
                         Warren Paul Johnson
                         Fed ID#: 9524
                         300 Main Street
                         Post Office Box 1125
                         Hardeeville, South Carolina 29927
                         (843) 784-2142
                         843-784-5770 (facsimile)
                         Tdjohnson1@hargray.com
                         Attorneys for Plaintiff

October ____, 2015

Hardeeville, South Carolina